IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **INDEL FOOD PRODUCTS INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-20-CV-98-KC |
| § | |
| **DODSON INTERNATIONAL** § | |
| **PARTS INC.,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the August 10, 2022, Jury Verdict, ECF No. 97, the August 11, 2022, Jury Verdict, ECF No. 108, and the Court's September 21, 2022, Order, ECF No. 114, denying Defendant Dodson International Parts Inc.'s requests for judgment as a matter of law and a new trial, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Indel Food Products, Inc. shall have a declaratory judgment against Defendant Dodson International Parts, Inc., that the Aircraft Purchase Agreement filed by Dodson International Parts, Inc. with the Federal Aviation Administration ("FAA") is null and void and is no longer a cloud on the title of N747DA.

**IT IS FURTHER ORDERED** that Plaintiff Indel Food Products, Inc. shall have a judgment against Defendant Dodson International Parts, Inc., for breach of contract in the amount of $165,000.00.

**IT IS FURTHER ORDERED** that Defendant Dodson International Parts, Inc. shall have a judgment against Plaintiff Indel Food Products, Inc. for violation of the Texas Deceptive Trade Practices Act in the amount of $125,240.00.

**IT IS FURTHER ORDERED** that all monetary judgments awarded herein shall accrue post-judgment interest at the legal rate prescribed by 28 U.S.C. § 1961, calculated from the date of this Final Judgment.

**SO ORDERED.**

SIGNED this 21st day of September, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE